

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JACK CAGLE, | |
| Plaintiff, | Case No. CV-S-02-1530-LDG (PAL) |
| vs. | **MINUTE ORDER OF THE COURT** |
| AMERICA WEST AIRLINES, INC., et al., | DATED: March 17, 2005 |
| Defendants. | |

PRESENT: THE HONORABLE PEGGY A. LEEN, United States Magistrate Judge

JUDICIAL ASSISTANT: Carol A. Knight    RECORDER/TAPE #  None

COUNSEL FOR PLAINTIFF: Gus W. Flangas; Ann Kolber

COUNSEL FOR DEFENDANT: James E. Berchtold

PROCEEDING: Settlement Conference

A settlement conference was conducted with the undersigned Magistrate Judge commencing at 9:30 a.m. on March 17, 2005. In addition to above counsel, plaintiff Jack Cagle was present. Also present was Michelle Matheson, in-house counsel for America West, on behalf of the defendants. The court heard presentations from counsel and from each of the parties present and thereafter met individually with counsel and each individual party. Settlement discussions concluded at 1:00 p.m.

**A settlement was reached the terms of which are confidential.** The parties are to distribute settlement proceeds, and execute settlement/release documents and dismissal papers within fourteen days from entry of this order.

**IT IS ORDERED** that a telephonic status hearing with counsel is scheduled for **4:30 p.m., April 5, 2005,** in the chambers of the undersigned. If dismissal papers have been lodged with the court, the hearing will be automatically vacated. If a status hearing is required, counsel for plaintiff shall initiate the telephone conference.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

47